RECEIVED
IN LAKE CHARLES, LA
DEC 2 0 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **CAROLYN LEE GREEN** | : | **DOCKET NO. 2:06 CV 1018** |
| **VS.** | : | **JUDGE MINALDI** |
| **LA. DEPT. OF PUBLIC SAFETY AND CORRECTIONS, ET AL.** | : | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

In accordance with the Memorandum Ruling, for the reasons stated therein, it is ORDERED that the motion for partial dismissal filed by defendants the Louisiana Department of Public Safety and Corrections (DPSC), Assistant Warden Roy Williams, Lt. Col. John Smith, Warden James Rogers, and Capt. Denis Cloud [doc. 11] is GRANTED in part and DENIED in part as follows.

On the grounds of res judicata, the following claims are HEREBY DISMISSED: (1) all claims against the Corrections Defendants in their official capacity; (2) all claims arising under 42 U.S.C. § 1983 against the State of Louisiana, through the DPSC; and (3) all claims against the Medical Defendants. Otherwise, the motion is DENIED.

IT IS FURTHER ORDERED that the plaintiff is granted leave to amend her petition in order to plead with greater particularity as to the state law and § 1983 claims against the Corrections Defendants. Plaintiff's Second Amended and Supplemental Petition shall be due within 30 days of the signing of this judgment.

IT IS FURTHER ORDERED that the parties file briefs on the issue of prescription, specifically addressing interruption. Briefs shall not exceed 10 pages. The defendants' brief is

due within 15 calendar days of the signing of this judgment, and the plaintiff's reply is due 10 calendar days thereafter.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this ___ day of December, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT COURT